

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-15-00410-CR

John **BELTRAN**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7747A
Honorable Ray Olivarri, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 7, 2015.

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

**PER CURIAM**

cc:  Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Debra L. Parker
111 Soledad St., Suite 300
San Antonio, TX 78205-2321